# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MITCHEL ALEX TUOMI, | No. SA CV 13-1037-RGK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 9, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE